# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. 96-102-04** |
| **CHARLES ALBERT MONTES**<br>a/k/a "El Flaco" | : | |

## O R D E R

AND NOW, this 12th day of _March_ , 2014, upon consideration

of the within Motion, it is hereby

## ORDERED

that indictment number 96-102-04, as it relates to the above-captioned defendant, is dismissed

without prejudice.

BY THE COURT:

HONORABLE J. CURTIS JOYNER
_Judge, United States District Court_